JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FSP Technology USA Inc., et al., | SACV 19-00181-JLS (ADSx) |
| Plaintiff, | |
| v. | ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF BANKRUPTCY FILING |
| LED Industries, Inc.. et al. | |
| Defendant. | |

The Court having been notified that Defendant has filed for Bankruptcy (Doc. 14), it is hereby Ordered that this action is automatically stayed and is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending dates are vacated by the Court.

DATED: April 2, 2019

                                                **JOSEPHINE L. STATON**
                                                JOSEPHINE L. STATON
                                                United States District Judge